

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00023-CV

---

15218 CAMERON, LLC, APPELLANT

V.

PLACEMKR, LLC, APPELLEE

---

On Appeal from the 455th District Court
Travis County, Texas
Trial Court No. D-1-GN-22-001015, Honorable Lora J. Livingston, Presiding

---

February 6, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, 15218 Cameron, LLC, filed a notice of appeal from the trial court's judgment. Appellant was told, by letter dated January 18, 2023, that the clerk's record was due January 17 and had not been filed because Appellant failed to pay for it. *See* Tex. R. App. P. 35.3(a). It was further admonished that the failure to pay for the clerk's record by January 30, 2023, would result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). To date, Appellant has neither paid for or made arrangements to pay for the clerk's record. Nor has Appellant filed any response

explaining the omission.  Accordingly, we dismiss the appeal for want of prosecution.  *See*

TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam